IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VIRGIE PAULINE JONES,  )
  )
    Plaintiff,  )
  )
v.  )  Civil Action No. 3:22cv10–HEH
  )
RUSHMORE LOAN MANAGEMENT  )
SERVICES, LLC,  )
  )
    Defendant.  )

### FINAL ORDER

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 7.) Plaintiff represents that the matter has been resolved. Accordingly, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____ /s/
Henry E. Hudson
Senior United States District Judge

Date: May 18, 2022
Richmond, VA